```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
              "USA V LIDIA LIDETH ORTIZ ET AL"
                  DEF 1.1 ORTIZ, LIDIA LIDETH

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  06/17/03
            Closed:  02/14/05
No. of Defendants:  4
   MJ Case Number:  A03-0153--MJ
               AKA:  ULY
  Location status:  U.S. Custody
       Trial date:
        Terminated:  YES
Needs interpreter:  YES
Counsel of record:  Meredith Appel Ahearn
                    Hagans Ahearn et al
                    310 K Street, Suite 400
                    Anchorage, AK 99501
                    907-276-5294
                    FAX 907-276-8732
                    Serve: YES
                     Type: CJA
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Joseph W. Bottini
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 ORTIZ, LIDIA LIDETH
```

| Document   | Count | Citation and Description                                                                    | Disposition          |
|------------|-------|---------------------------------------------------------------------------------------------|----------------------|
| 1 - 1 IND  | 1     | 21:846 &841(b)(1)(A),(B),&(C) DRUG CONSPIRACY (F)                                           | Sentenced (201-1)    |
| 1 - 1 IND  | 2     | 21:841(a)(1)&(b)(1)(C) DISTRIBUTION OF A CONTROLLED SUBSTANCE (F)                           | Dismissed (201-1)    |
| 1 - 1 IND  | 3     | 21:841(a)(1)&(b)(1)(C) DISTRIBUTION OF A CONTROLLED SUBSTANCE (F)                           | Dismissed (201-1)    |
| 1 - 1 IND  | 4     | 21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Dismissed (201-1)    |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
                           "USA V LIDIA LIDETH ORTIZ ET AL"
                              DEF 1.1 ORTIZ, LIDIA LIDETH

              Including terminated defendants, excluding terminated counsel


      1 -   1 IND    5      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION   Dismissed
                            WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE    (201-1)
                            (F)

      1 -   1 IND    7      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION   Dismissed
                            WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE    (201-1)
                            (F)

      1 -   1 IND    8      21:841(a)(1)&(b)(1)(C) DISTRIBUTION OF A            Dismissed
                            CONTROLLED SUBSTANCE (F)                            (201-1)

      1 -   1 IND    9      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION   Dismissed
                            WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE    (201-1)
                            (F)

      1 -   1 IND   10      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION   Dismissed
                            WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE    (201-1)
                            (F)

      1 -   1 IND   11      21:841(a)(1)&(b)(1)(A) DISTRIBUTION OF A            Sentenced
                            CONTROLLED SUBSTANCE (F)                            (201-1)

      1 -   1 IND   13      21:841(a)(1)&(b)(1)(A) DISTRIBUTION OF A            Dismissed
                            CONTROLLED SUBSTANCE (F)                            (201-1)

      1 -   1 IND   14      18:1957(a) MONEY LAUNDERING (F)                     Sentenced
                                                                                (201-1)

      1 -   1 IND   15      21:853(a)(1); 18:9822(a)(1) CRIMINAL FORFEITURES    Dismissed
                            (F)                                                 (201-1)

      1 -   1 IND   16      21:853(a)(1); 18:9822(a)(1) CRIMINAL FORFEITURES    Dismissed
                            (F)                                                 (201-1)
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
                          "USA V LIDIA LIDETH ORTIZ ET AL"
                           DEF 2.1 RIVERA, MARCO ANTONIO

                  Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 06/17/03
             Closed: 02/14/05
 No. of Defendants: 4
     MJ Case Number: A03-0153--MJ
                AKA: FELIX GONZALEZ
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
 Needs interpreter: YES
  Counsel of record: Marco  A. Rivera
                     Pro Per: 14661-006
                     McRae Correctional Facility
                     1000 A Jim Hammock Drive
                     McRae, GA 31055
                     Serve: YES
                      Type: Waived or Self
                      Role: 2255 Motion


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Joseph W. Bottini
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 2.1 RIVERA, MARCO ANTONIO

 Document         Count      Citation and Description                              Disposition
 _____         _____      _____                              _____
     1 -    1 IND    1       21:846 &841(b)(1)(A),(B),&(C) DRUG CONSPIRACY (F)     Sentenced
                                                                                   (174-1)

     1 -    1 IND    7       21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION     Dismissed
                             WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE      (174-1)
                             (F)

     1 -    1 IND    9       21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION     Dismissed
                             WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE      (174-1)
                             (F)

     1 -    1 IND   11       21:841(a)(1)&(b)(1)(A) DISTRIBUTION OF A              Sentenced
                             CONTROLLED SUBSTANCE (F)                              (174-1)

     1 -    1 IND   14       18:1957(a) MONEY LAUNDERING (F)                       Sentenced
                                                                                   (174-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
                         "USA V LIDIA LIDETH ORTIZ ET AL"
                           DEF 2.1 RIVERA, MARCO ANTONIO

              Including terminated defendants, excluding terminated counsel


   1 -    1 IND    15      21:853(a)(1); 18:9822(a)(1) CRIMINAL FORFEITURES     Sentenced
                           (F)                                                  (174-1)

   1 -    1 IND    16      21:853(a)(1); 18:9822(a)(1) CRIMINAL FORFEITURES     Sentenced
                           (F)                                                  (174-1)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
                              "USA V LIDIA LIDETH ORTIZ ET AL"
                           DEF 3.1 LARA-ZALAYA, MIRNA ELIZABETH

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/17/03
             Closed:  02/14/05
  No. of Defendants:  4
     MJ Case Number:  A03-0155--MJ
                AKA:  LISA
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  YES
  Counsel of record:  Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial, 2255 Motion


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Joseph W. Bottini
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 3.1 LARA-ZALAYA, MIRNA ELIZABETH

  Document          Count    Citation and Description                                Disposition
  ─────────         ─────    ────────────────────────                                ───────────
     1 -   1 IND      1      21:846 &841(b)(1)(A),(B),&(C) DRUG CONSPIRACY (F)       Sentenced
                                                                                     (183-1)

     1 -   1 IND      5      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION       Sentenced
                             WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE        (183-1)
                             (F)

     1 -   1 IND      6      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION       Sentenced
                             WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE        (183-1)
                             (F)

     1 -   1 IND     12      21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION       Sentenced
                             WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE        (183-1)
                             (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0109--CR (RRB)
                              "USA V LIDIA LIDETH ORTIZ ET AL"
                              DEF 4.1 GOULD, ROBERT HARRY

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/17/03
             Closed:  02/14/05
  No. of Defendants:  4
      MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Allen N. Dayan
                     Allen N. Dayan & Associates
                     745 W. 4th Avenue, Suite 230
                     Anchorage, AK 99501
                     907-277-2330
                     FAX 907-277-7780
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Joseph W. Bottini
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 4.1 GOULD, ROBERT HARRY

  Document          Count      Citation and Description                         Disposition
  ────────          ─────      ────────────────────────                         ───────────
     1 -   1 IND      1        21:846 &841(b)(1)(A),(B),&(C) DRUG CONSPIRACY (F)  Dismissed
                                                                                  (138-1)

     1 -   1 IND     12        21:841(a)(1)&(b)(1)(B) DISTRIBUTION OR POSSESSION  Sentenced
                               WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE   (138-1)
                               (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                "USA V LIDIA LIDETH ORTIZ ET AL"

                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/17/03
            Closed: 02/14/05
No. of Defendants: 4


Document #   Filed      Docket text

NOTE -  2    05/27/03   [Re: DEF 1] Issued WOA in A03-153MJ (JDR).

NOTE -  3    05/27/03   [Re: DEF 2] Issued WOA in A03-153MJ (JDR).

NOTE -  4    05/27/03   [Re: DEF 3] Issued WOA in A03-155MJ (JDR).

NOTE -  5    05/29/03   [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/29/03 in
                        A03-153MJ (JDR).

NOTE -  6    05/29/03   [Re: DEF 2] USM Notice of Arrest; defendant arrested 5/29/03 in
                        A03-0153MJ (JDR).

NOTE -  7    05/29/03   [Re: DEF 3] USM Notice of Arrest; defendant arrested 5/29/03 in
                        A03-155MJ (JDR).

   1 -  1    06/17/03   [Re: DEF 1-4] PLF 1 Indictment.

NOTE -  1    06/18/03   [Re: DEF 4] Issued WOA.

   2 -  1    06/18/03   [Re: DEF 1-4] AHB Grand Jury Minutes re issue WOA re D4; no bail set re
                        D1,2,3,4; set for arr & notify USM re D1,2,3; def in custody re D1,2,3.

   3 -  1    06/18/03   [Re: DEF 1-2] Documents #2 through #16 transferred from: A03-153MJ
                        (JDR).

   4 -  1    06/18/03   [Re: DEF 3] Documents #2 through #12 transferred from: A03-155MJ (JDR).

   5 -  1    06/18/03   [Re: DEF 1-3] AHB Minute Order re Arr set for 6/20/03 at 9:00 a.m. cc:
                        USA, B. Wonnell, FPD, G. Cravez, USM, USPO

NOTE -  8    06/23/03   [Re: DEF 1-3] Issued: Speedy Trial Notices to Judge Beistline.

   6 -  1    06/23/03   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                        hld 6/20/03; B. Wonnell apptdl def ped not guilty; def's det continued;
                        PTM's due 7/18/03. cc: USA, B. Wonnell, USM, USPO, Judge Beistline

   7 -  1    06/23/03   [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                        confer by 6/27/03; PTM's due 7/18/03. cc: USA, T. Wonnell

   8 -  1    06/23/03   [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                        hld 6/20/03; K. McCoy apptd; def pled not guilty; def's det continued;
                        PTM's due 7/18/03. cc: USA, FPD, USM, USPO, Judge Beistline

   9 -  1    06/23/03   [Re: DEF 2] AHB Order regarding preparation for trial re cnsl to meet &
                        confer by 6/27/03; PTM's due 7/18/03. cc: USA, FPD

  10 -  1    06/23/03   [Re: DEF 3] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                        hld 6/20/03; G. Cravez apptd; def pled not guilty; def's det continued;
                        PTM's due 7/18/03. cc: USA, G. Cravez, USM, USPO, Judge Beistline


ACRS: R_RDSDX              As of 12/01/05 at 2:54 PM by GARRY                         Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                           "USA V LIDIA LIDETH ORTIZ ET AL"

                                  For all filing dates


 Document #   Filed       Docket text

     11 -  1  06/23/03    [Re: DEF 3] AHB Order regarding preparation for trial re cnsl to meet &
                          confer by 6/27/03; PTM's due 7/18/03. cc: USA, G. Cravez

     12 -  1  06/26/03    [Re: DEF 1-3] RRB Minute Order setting TBJ for 8/25/03 at 8:30 a.m. and
                          Final PT Conf for 8/19/03 at 8:30. cc: USA, USM, PO, FPD, T. Wonnel, G.
                          Cravez, MJ Roberts, jury clerk

     13 -  1  06/30/03    [Re: DEF 1-3] RRB Order appointing Yolanda Salazar-Hobrough to serve as
                          English/Spanish interperter for all defs.  cc: cnsl, Yolanda Salazar-
                          Hobrough

     14 -  1  07/02/03    {SEALED}

     15 -  1  07/03/03    [Re: DEF 1-4] JDR Minute Order re ex parte hrg on govt's ex parte app to
                          restrict dscvy (doc #14) set for 7/3/03 at 11:30 a.m. cc: USA

     16 -  1  07/03/03    {SEALED}

     17 -  1  07/03/03    {SEALED}

     18 -  1  07/08/03    [Re: DEF 1-3] PLF 1 Discovery conference certificate.

     19 -  1  07/08/03    DEF 1 motion (ex parte) for clarification of 6/30/03 order appointing
                          interpreter.

     20 -  1  07/17/03    DEF 3 motion in limine.

     21 -  1  07/17/03    DEF 3 motion to disclose identity & information about informants.

     22 -  1  07/17/03    DEF 3 motion to sever & for crt review of defs' stmts govt intends to
                          use as evidence.

     23 -  1  07/17/03    DEF 3 motion to suppress.

     24 -  1  07/18/03    DEF 2 motion for severance w/att memo.

     25 -  1  07/18/03    DEF 2 Unopposed motion for one-week ext of time (to 7/25) to file PTM's.

     26 -  1  07/21/03    [Re: DEF 2] JDR Order granting unopposed motion for one-week ext of time
                          (to 7/25) to file PTM's (25-1). cc: USA, FPD

     27 -  1  07/21/03    [Re: DEF 1-2] Transcript re: Preliminary/detention hrg from (A03-0153MJ
                          (JDR).

     28 -  1  07/21/03    DEF 3 Notice of unavailability of cnsl from July 29-August 3, 2003.

     29 -  1  07/21/03    DEF 3 Supplement re: DEF 3 motion to suppress (23-1)w/att videotape and
                          audiotapes.((videotape & audiotapes forwarded to Judge)

     30 -  1  07/23/03    [Re: DEF 3] JDR Minute Order re def's supplement (29-1) to motion to
                          suppress (23-1) is held in abeyance pending a mot for leave of crt to
                          file exhs. cc: USA, G. Cravez

     31 -  1  07/24/03    DEF 3 motion for leave to accept exhibits for filing.

     32 -  1  07/24/03    [Re: DEF 3] PLF 1 opposition to DEF 3 motion to disclose identity &
                          information about informants (21-1).

 ACRS: R_RDSDX                     As of 12/01/05 at 2:54 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                          "USA V LIDIA LIDETH ORTIZ ET AL"

                              For all filing dates

Document #   Filed      Docket text

   33 -  1   07/24/03   [Re: DEF 3] PLF 1 opposition to DEF 3 motion to suppress (23-1).

   34 -  1   07/24/03   [Re: DEF 3] PLF 1 opposition to DEF 3 motion to sever & for crt review
                        of defs' stmts govt intends to use as evidence. (22-1), DEF 2 motion for
                        severance (24-1).

   35 -  1   07/24/03   [Re: DEF 3] PLF 1 Response to DEF 3 motion in limine (20-1).

   36 -  1   07/25/03   [Re: DEF 3] JDR Minute Order to assess the need for a hrg re def's
                        motion to suppress (23-1), cnsl to confer (as directed) & file a formal
                        notice by 7/30/03 w/2 dates for such hrg to occur in the next 3 weeks;
                        crt will hold in abeyance def's motion for leave to accept exhibits for
                        filing (31-1); if govt intends to use any of the audio tapes at trial it
                        should be prepared to present an accurate transcript as directed. cc:
                        USA, G. Cravez

   37 -  1   07/28/03   [Re: DEF 3] JDR Order granting/denying motion to disclose identity &
                        information about informants (21-1). cc: USA, T. Wonnell, FPD, G. Cravez

   38 -  1   07/28/03   Initial R&R re: DEF 3 motion to sever & for crt review of defs' stmts
                        govt intends to use as evidence (22-1). Recommended that mot be granted
                        in part & hld in abeyance in parte as stated; Objections due NOON
                        08/04/03. Reply due NOON 08/11/03. cc: USA, T. Wonnell, FPD, G. Cravez,
                        Judge Beistline

   38 -  2   07/28/03   Initial R&R re: DEF 2 motion for severance (24-1). Recommended granted
                        in part & hld in abeyance in parte as stated; Objections due NOON
                        08/04/03. Reply due NOON 08/11/03. cc: USA, T. Wonnell, FPD, G. Cravez,
                        Judge Beistline

   39 -  1   07/28/03   DEF 2 Unopposed motion to continue trial w/att aff.

   40 -  1   07/28/03   DEF 3 reply to opposition to DEF 3 motion to disclose identity &
                        information about informants (21-1).

   41 -  1   07/29/03   [Re: DEF 3] RRB Minute Order granting motion in limine (20-1).  Def's
                        immigration status shall not be mentioned before the jury without first
                        obtaining authorization from the court.  cc: J. Bottini, G. Cravez

   42 -  1   07/30/03   [Re: DEF 1-3] RRB Minute Order granting unopposed motion to continue
                        trial.  Trial scheduling conference is set for 8/12/03 at 11:00 a.m. in
                        a courtroom to be determined.  The presently scheduled FPTC & TJB are
                        vacated.  cc: J. Bottini, T. Wonnell, M. Dieni, G. Cravez, USM, USPO, MJ
                        Roberts, JC

   43 -  1   07/30/03   [Re: DEF 3] PLF 1 Notice pursuant to order date 7/25/03.

   44 -  1   07/31/03   [Re: DEF 3] JDR Minute Order re govt's advisory notice (43-1) is
                        accepted; further report due 8/6/03. cc: USA, G. Cravez

   45 -  1   08/01/03   [Re: DEF 1-2] PLF 1 motion for order regarding criminal forfeiture of
                        property in government's custody w/att aff.

   46 -  1   08/06/03   [Re: DEF 3] PLF 1 Advisory Notice pursuant to order dated 7/25/03.

   47 -  1   08/08/03   [Re: DEF 3] JDR Minute Order denying motion for leave to accept exhibits
                        for filing (31-1). cc: USA, G. Cravez
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
"USA V LIDIA LIDETH ORTIZ ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 48 - 1 | 08/08/03 | Initial R&R re: DEF 3 motion to suppress (23-1). Recommended denied as moot; Objections due NOON 08/18/03. Reply due NOON 08/25/03. cc: USA, G. Cravez, Judge Beistline |
| 49 - 1 | 08/12/03 | [Re: DEF 1-3] RRB Minute Order; Court adopts magistrate R&R, holding in abeyance in part and grants in part motion to sever & for crt review of defs' stmts govt intends to use as evidence (22-1), motion for severance (24-1) the severance request of defs Rivera & Lara-Zalaya as outlined in the recommendation.  The court hereby grants the motion for severance as to a severance of Ortiz from Rivera and Lara-Zalaya. cc; J. Bottini, M. Dieni, T. Wonnell, G. Cravez, MJ Roberts |
| 50 - 1 | 08/12/03 | DEF 3 motion for substition of counsel Hugh Fleischer for G. Cravez. |
| 51 - 1 | 08/13/03 | [Re: DEF 1-3] RRB Court Minutes [ECR: Robin Carter] Trial setting conference held 8/12/03. Mr. Fleischer to file a substitution of counsel for Mr. Cravez.  FPTC for D1-3 is set for 10/7/03 at 8:30 a.m..  TBJ is set for 10/14/03 at 8:30 for D1 only.  D2 & D3's trial will follow thereafter, in mid October.  Court found excludable delay under 18 U.S.C. § 3161 (h)(8)(B)(ii) and (h)(8)(B)(iv).  cc: J. Bottini, T. Wonnell, M. Dieni, G. Cravez, USm, USPO, MJ Roberts, JC, H. Fleischer |
| 52 - 1 | 08/14/03 | [Re: DEF 1-4] JDR Order granting motion for order regarding criminal forfeiture of property in government's cu (45-1).  cc: USA, T. Wonnel, FPD, G. Cravez |
| 53 - 1 | 08/15/03 | [Re: DEF 3] JDR Minute Order re hrg on def's mot for substitution of cnsl (50-1) set for 8/18/03 at 11:30 a.m. cc: USA, G. Cravez |
| 54 - 1 | 08/18/03 | {SEALED} |
| 55 - 1 | 08/18/03 | {SEALED} |
| 56 - 1 | 08/21/03 | [Re: DEF 3] RRB Minute Order denying as moot motion to suppress (23-1). cc: J. Bottini, T. Wonnell, M. Dieni, H. Fleischer |
| 57 - 1 | 09/19/03 | DEF 1 Notice of Intent to change plea. |
| 58 - 1 | 09/19/03 | DEF 3 Notice of Intent to change plea. |
| 59 - 1 | 09/22/03 | [Re: DEF 1] RRB Minute Order denying motion for clarification of 6/30/03 order appointing interpreter (19-1).  cc: J. Bottini, T. Wonnell, M. Dieni, H. Fleischer |
| 60 - 1 | 09/22/03 | [Re: DEF 1] RRB Minute Order re: COP is set for 10/7/03 at 8:45 a.m. in a courtroom to be determined.  cc: J. Bottini, T. Wonnell, M. Dieni, H. Fleischer, USM, USPO, MJ Roberts |
| 61 - 1 | 09/22/03 | [Re: DEF 3] RRB Minute Order re: COP hearing is set for 10/7/03 at 9:00 a.m. in a courtroom to be determined.  cc: J. Bottini, T. Wonnell, M. Dieni, H. Fleischer, USM, USPO, MJ Roberts |
| 62 - 1 | 09/22/03 | {SEALED} |
| NOTE - 9 | 10/03/03 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 10/2/03. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
"USA V LIDIA LIDETH ORTIZ ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 63 - 1 | 10/03/03 | [Re: DEF 4] Return of WOA executed at Anchorage, AK on 10/01/03. |
| NOTE - 10 | 10/06/03 | [Re: DEF 4] Issued: Speedy Trial Notice to Judge Beistline. |
| 64 - 1 | 10/06/03 | [Re: DEF 4] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt hld 10/3/03; C. Coe apptd; def pled not guilty; def detained; det hrg set for 10/8/03 at 3:30 p.m. before MJ Branson; PTM's due 10/10/03; cnsl advised of trial date of 10/14/03. cc: USA, FPD CJA Clerk, C.Coe, USM, USPO, Judge Beistline, MJ Branson |
| 65 - 1 | 10/06/03 | [Re: DEF 4] Financial Affidavit. |
| 66 - 1 | 10/06/03 | [Re: DEF 4] AHB Order of Detention Pending Hearing set for 10/8/03 at 3:30 p.m. before MJ Branson. cc: USA, C. Coe, USM, USPO, MJ Branson |
| 67 - 1 | 10/06/03 | [Re: DEF 4] AHB Order regarding preparation for trial re cnsl to meet & confer by 10/7/03; PTM's due 10/10/03. cc: USA, C. Coe |
| 68 - 1 | 10/06/03 | DEF 4 motion to continue trial w/att aff |
| 69 - 1 | 10/06/03 | DEF 4 motion for expedited consideration re #68 |
| 70 - 1 | 10/06/03 | [Re: DEF 4] RRB Order that def's mot to cont trial will be heard on an expedited basis at the FPTC on 10/07/03 at 8:30 a.m. cc: USA, T. Wonnell, FPD, H. Fleischer, C. Coe, USM, USPO, MJ Roberts, JC |
| 71 - 1 | 10/06/03 | DEF 2 motion in limine re the name "Felix Gonzalez" & Mr Rivera's immigration status, on shortened time |
| 72 - 1 | 10/06/03 | DEF 2 non-opposition to DEF 4 motion to continue trial (68-1) |
| 73 - 1 | 10/06/03 | {SEALED} |
| 74 - 1 | 10/07/03 | DEF 4 joinder to DEF 2 motion on shortened time to produce directly and indirectly exculpatory information (73-1). |
| 75 - 1 | 10/08/03 | [Re: DEF 2; 4] RRB Court Minutes [ECR: Denali Elmore] re Hrg on Mot to Cont Trial (68-1) / FPTC hld 10/7/03; granting motion to continue trial (68-1); TBJ & FPTC VACATED and TBJ RESET for 12/1/03 at 8:30 a.m.; FPTC RESET for 11/25/03 at 8:30 a.m.; defs' det cont. cc: USA, FPD, C. Coe, USM, USPO, MJ Roberts, JC |
| 76 - 1 | 10/08/03 | [Re: DEF 2; 4] RRB Order of excludable delay from 10/15/03 to 12/1/03 for 48 days (code T). |
| 77 - 1 | 10/08/03 | {SEALED} |
| 78 - 1 | 10/08/03 | [Re: DEF 3] RRB Court Minutes [ECR: Denali Elmore] re PCOP hrg hld 10/7/03; def pled guilty; IOS set for 12/22/03 at 10:30 a.m.; def's det cont; TBJ & FPTC are VACATED. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC |
| 79 - 1 | 10/08/03 | {SEALED} |
| 80 - 1 | 10/09/03 | [Re: DEF 4] AHB AMENDEd Order regarding preparation for trial; ptms now due 10/24/03; oppos due 10/31/03. cc: USA, C. Coe |

Case 3:03-cr-00109-RRB    Document 245    Filed 06/17/2003    Page 12 of 20

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
"USA V LIDIA LIDETH ORTIZ ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 81 | 1 | 10/09/03 | [Re: DEF 4] AHB Order of Detention Pending Trial.  cc: USA, C. Coe, USM, PO |
| 82 | 1 | 10/09/03 | [Re: DEF 4] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held 10/8/03); det uncontested; order of det pending trial FILED; def's oral mot to ext ptms GRANTED; ptms now due 10/24/03; oppos due 10/31/03; Amended order re: preparation for trial FILED.  cc: USA, C. Coe, USM, PO |
| 83 | 1 | 10/10/03 | DEF 4 CJA appointment of Charles Coe. |
| 84 | 1 | 10/14/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion on shortened time to produce directly and indirectly exculpatory information (73-1). |
| 85 | 1 | 10/14/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion in limine re the name "Felix Gonzalez" & Mr Rivera's immigration status, on shortened time (71-1). |
| 86 | 1 | 10/16/03 | [Re: DEF 2] RRB Minute Order granting motion on shortened time to produce directly and indirectly exculpatory information (73-1). |
| 87 | 1 | 10/16/03 | [Re: DEF 2] RRB Order granting motion in limine re the name "Felix Gonzalez" & Mr Rivera's immigration status (71-1). The reference to false name of Felex Gonzalez appears relevant and admissible.  cc: J. Bottini, M. Dieni, C. Cole |
| 88 | 1 | 10/16/03 | [Re: DEF 4] PLF 1 Discovery Conference Certificate. |
| 89 | 1 | 10/16/03 | DEF 4 motion (Notice) of withdrawal of Charles Coe as CJA cnsl. |
| 90 | 1 | 11/12/03 | [Re: DEF 4] JDR Minute Order granting motion (Notice) of withdrawal of Charles Coe as CJA cnsl as def has now retained Allen Dayan (89-1); Clerk directed to lodge Allen Dayan's entry of Appearance & Notice of Substitution of cnsl. cc: USA, C. Coe, A. Dayan, FPD CJA Clerk |
| 91 | 1 | 11/19/03 | {SEALED} |
| 92 | 1 | 11/21/03 | DEF 4 Notice of Intent to change plea and request for change of plea hrg. |
| 93 | 1 | 11/21/03 | {SEALED} |
| 93 | 2 | 11/24/03 | {SEALED} |
| 94 | 1 | 11/24/03 | {SEALED} |
| 95 | 1 | 11/24/03 | [Re: DEF 4] RRB Minute Order re: COP is set for 11/25/03 at 2:30 p.m. in courtroom #3.  The fptc set for D4 11/25/03 at 8:30 is vacated.  cc: J. Bottini, A. Dayan, USM, USPO |
| 96 | 1 | 11/24/03 | DEF 2 motion for short continuance of trial on shortened time. |
| 97 | 1 | 11/24/03 | DEF 2 Proposed Voir Dire Questions. |
| 98 | 1 | 11/24/03 | [Re: DEF 2] PLF 1 Proposed Jury Instructions. |
| 99 | 1 | 11/24/03 | [Re: DEF 2] PLF 1 Proposed Voir Dire. |

Case 3:03-cr-00109-RRB   Document 245   Filed 06/17/2003   Page 13 of 20

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
"USA V LIDIA LIDETH ORTIZ ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 100 - 1 | 11/24/03 | [Re: DEF 2] PLF 1 Trial Memorandum. |
| 101 - 1 | 11/25/03 | [Re: DEF 2] RRB Court Minutes [ECR: Elisa Singleton] FPTC held 11/25/03. Court granted motion for short continuance of trial on shortened time (96-1). TBJ set for 12/1/03 is vacated and reset to 12/15/03 at 8:30 a.m. Def jury instructions filed.  cc: J. Bottini, M. Dieni, USM, USPO, JC |
| 102 - 1 | 11/25/03 | [Re: DEF 2] RRB Order of excludable delay under section 3161(h)(8)(B)(iv) 4). |
| 103 - 1 | 11/25/03 | DEF 2 Proposed Jury Instructions. |
| 104 - 1 | 11/25/03 | [Re: DEF 2] RRB Order that the TBJ is reset for 12/15/03 at 8:30 a.m.  cc: J. Bottini, M. Dieni, USM, USPO, JC |
| 105 - 1 | 11/25/03 | {SEALED} |
| 106 - 1 | 11/26/03 | {SEALED} |
| 107 - 1 | 12/02/03 | {SEALED} |
| 108 - 1 | 12/04/03 | {SEALED} |
| 109 - 1 | 12/05/03 | DEF 2 motion on shortened time for continuance of trial. |
| 110 - 1 | 12/05/03 | [Re: DEF 2] RRB Minute Order re: status conf for defs motion to continue trial is set for 12/5/03 at 3:00 p.m. in Courtroom #3.  cc: J. Bottini, M. Dieni, USM, USPO |
| 111 - 1 | 12/08/03 | [Re: DEF 2] RRB Court Minutes [ECR: Elisa Singleton] Status hearing held 12/5/03. Court granted motion on shortened time for continuance of trial (109-1). TBJ set for 12/15/03 is VACATED and RESET for 1/26/04 at 8:30 a.m..  cc: J. Bottini, M. Dieni, USM, USPO, MJ Roberts, JC |
| 112 - 1 | 12/08/03 | [Re: DEF 2] RRB Order of excludable delay under section 3161(h)(8)(A)(B) for a total of 42 days. |
| 113 - 1 | 12/16/03 | [Re: DEF 3] PLF 1 Sentencing Memorandum. |
| 114 - 1 | 12/17/03 | DEF 3 Sentencing Memorandum w/att exhs. |
| 115 - 1 | 12/19/03 | DEF 3 Supplemental exh to sentencing memo w/att exh. |
| 116 - 1 | 12/22/03 | [Re: DEF 2] RRB Minute Order FPTC is set for 1/20/04 at 8:45 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO |
| 117 - 1 | 12/22/03 | [Re: DEF 3] RRB Court Minutes [ECR: Robin Carter] IOS held 12/22/03. Oral motion to continue IOs granted. IOS continued until 1/6/04 at 2:30 p.m.  cc: AUSA, H. Fleischer, USM, USPO |
| 118 - 1 | 12/31/03 | DEF 2 motion to unseal post Indt crt proceeding re cooperating co-defs Gould & Ortiz. |
| 119 - 1 | 01/05/04 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                            "USA V LIDIA LIDETH ORTIZ ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 01/06/04 | {SEALED} |
| 121 - 1 | 01/07/04 | [Re: DEF 3] RRB Minute Order granting unopposed motion on shortened time to continue imposition of sentence (119-1). IOS is continued to 2/13/04 at 10:00 a.m.  cc: ASUA, H. Fleischer, USM, USPO |
| 122 - 1 | 01/07/04 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to unseal post Indt crt proceeding re cooperating co-defs Gould & Ortiz (118-1). |
| 123 - 1 | 01/08/04 | {SEALED} |
| 124 - 1 | 01/20/04 | [Re: DEF 2] RRB Court Minutes [ECR: Elisa Singleton] final pretrial conference held 1/20/40.  Def's oral motion to continue fptc granted.  FPTC continued until 1/22/04 at 8:30 a.m..  cc: J. Bottini, M. Dieni, USM, USPO, MJ Roberts |
| 125 - 1 | 01/20/04 | {SEALED} |
| 126 - 1 | 01/21/04 | {SEALED} |
| 127 - 1 | 01/22/04 | {SEALED} |
| 128 - 1 | 01/23/04 | {SEALED} |
| 128 - 2 | 01/26/04 | {SEALED} |
| 129 - 1 | 01/26/04 | {SEALED} |
| 130 - 1 | 01/28/04 | {SEALED} |
| 131 - 1 | 01/29/04 | DEF 4 Statement of sentencing factors to be relied upon at sentencing. |
| 132 - 1 | 01/29/04 | {SEALED} |
| 133 - 1 | 01/29/04 | {SEALED} |
| 134 - 1 | 01/30/04 | {SEALED} |
| 134 - 2 | 02/02/04 | {SEALED} |
| 135 - 1 | 02/04/04 | {SEALED} |
| 136 - 1 | 02/05/04 | {SEALED} |
| 137 - 1 | 02/05/04 | [Re: DEF 4] RRB Court Minutes [ECR: Denali Elmore] IOS held 2/5/04.  Imprisonment for a term of 33 months, w/recommendatons.  Def to serve a term of SR of 3 years w/special conditions.  SA $100.00 due immediately.  Def remanded to the custody of the USM.  On the motion of the US Count 1 of the Indictment is dismissed.  Def advised of appeal rights. |
| 138 - 1 | 02/06/04 | [Re: DEF 4] RRB Judgment dismissed or Other count(s) 1 of the Indictment (1-1); pleaded guilty to count(s) 12 of the Indictment (1-1); sent 33 mos; SR 36 mos; SA $100. cc: USA, A. Dayan, USM, USPO, R. Gould w/cnsls cy, Finance, Fle, MJ Roberts |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                              "USA V LIDIA LIDETH ORTIZ ET AL"

                                    For all filing dates


 Document #    Filed      Docket text

    139 -  1   02/18/04   [Re: DEF 4] Partial Transcript re: IOS held 2/5/04.

    140 -  1   03/02/04   [Re: DEF 1] RRB Minute Order that the IOS set for 3/11/04 is reset for
                          3/18/04 at 2:00 p.m. in courtroom #3.   cc: cnsl

    141 -  1   03/02/04   {SEALED}

    142 -  1   03/03/04   {SEALED}

    143 -  1   03/15/04   {SEALED}

    144 -  1   03/24/04   {SEALED}

    145 -  1   03/30/04   {SEALED}

    146 -  1   04/02/04   {SEALED}

    147 -  1   04/13/04   DEF 3 Unopposed motion for deposition.

    148 -  1   04/14/04   [Re: DEF 3] RRB Order granting unopposed motion for deposition (147-1).
                          cc: AUSA, H. Fleischer

    149 -  1   05/14/04   {SEALED}

    150 -  1   05/18/04   {SEALED}

    151 -  1   06/29/04   {SEALED}

    152 -  1   06/29/04   {SEALED}

    153 -  1   07/06/04   {SEALED}

    154 -  1   07/06/04   {SEALED}

    155 -  1   07/27/04   {SEALED}

    156 -  1   07/28/04   {SEALED}

    157 -  1   07/29/04   DEF 1 Unopposed motion to continue sentencing.

    158 -  1   08/02/04   [Re: DEF 1] RRB Order granting unopposed motion to continue sentencing
                          (157-1).  IOS set 10/15/04 is vacated and is continued until 10/22/04 at
                          10:00 a.m. in Courtroom #3.  cc: AUSA, T. Wonnell, USM, USPO

    159 -  1   09/27/04   {SEALED}

    160 -  1   09/28/04   {SEALED}

    161 -  1   09/29/04   {SEALED}

    162 -  1   09/29/04   {SEALED}

    163 -  1   10/01/04   {SEALED}

    164 -  1   10/04/04   DEF 3 Unopposed motion & memo in support of cont of sentencing.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                            "USA V LIDIA LIDETH ORTIZ ET AL"

                                    For all filing dates


 Document #   Filed      Docket text

   165 -  1  10/06/04   [Re: DEF 3] RRB Order granting Unopposed motion & memo in support of
                        cont of sentencing (164-1); 11/19/04 IOS VACATED and RESET to 9:30 a.m.,
                        12/3/04.  cc: USA, H. Fleischer, USM, PO

   166 -  1  10/06/04   {SEALED}

   167 -  1  11/10/04   Unopposed motion on shortened time to continue sentencing set 11/19/04.

   168 -  1  11/10/04   [Re: DEF 1] RRB Order granting unopposed motion on shortened time to
                        continue sentencing set 11/19/04 (167-1).  IOS is continued to 12/21/04
                        at 9:30 a.m. in Courtroom #3.  cc: AUSA, T. Wonnell, USM, USPO

   169 -  1  11/12/04   {SEALED}

   170 -  1  11/12/04   {SEALED}

   171 -  1  11/18/04   {SEALED}

   172 -  1  11/18/04   {SEALED}

   173 -  1  11/18/04   {SEALED}

   174 -  1  11/23/04   [Re: DEF 2] RRB Judgment dismissed count(s) 7,9 of the Indictment (1-1);
                        pleaded guilty to count(s) 1,11,14,15,16 of the Indictment (1-1).
                        Imprisonment for a term of 70 months to run concurrently
                        w/recommendations.  Def is remanded to the custody of the USM. SR 5
                        years w/standard and special conditions. SA $300.00.  Def shall forfeit
                        def's interest in $7,230.00 US currency, and a 2002 Honda Civic to the
                        US.   cc: AUSA, FPD, USM, USPO, Def w/cnsl cy, MJ Roberts, Finance, FLU

   175 -  1  11/24/04   [Re: DEF 2] RRB Court Minutes [ECR: Robin Carter] IOS held 11/22/04.
                        Sentence imposed as stated in the judgment.  Oral motion for horizontal
                        departure denied. Court granted motion for downward departure (dkt 170).

   176 -  1  11/29/04   DEF 3 Supplemental Sentencing Memorandum w/att exhs.

   177 -  1  11/29/04   {SEALED}

   178 -  1  11/29/04   {SEALED}

   179 -  1  12/02/04   DEF 3 Supplemental Exhibit.

   179 -  2  12/02/04   DEF 3 motion to allow telephonic testimony.

   179A-  1  12/02/04   DEF 2 appeal to 9CCA of (174-1) filed 11/23/04. cc:USA, M. Rivera, Judge
                        Beisltin, 9CCA

  NOTE - 11  12/03/04   Transmittal: Forwarded notice of appeal (179A-1) to 9CCA.

   180 -  1  12/03/04   [Re: DEF 3] RRB Order granting motion to allow telephonic testimony
                        (179-2).   cc: cnsl

   181 -  1  12/03/04   [Re: DEF 2] Cy 9CCA Time Schedule Order. (179A-1) cc:M. Rivera, Judge
                        Beistline, USM, PO, 9CCA (original), ECR

   182 -  1  12/06/04   {SEALED}
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                            "USA V LIDIA LIDETH ORTIZ ET AL"

                                     For all filing dates


 Document #    Filed      Docket text

   183 -  1  12/06/04    {SEALED}

   184 -  1  12/08/04    DEF 3 appeal to 9CCA of (183-1) filed 12/06/04. cc:USA, H. Fleischer,
                         Judge Beistline, 9CCA, USM, PO

  NOTE - 12  12/09/04    Notation (re: Appeal): forwarded notice of appeal for DEF 3 along with
                         Mot for being represented by CJA cnsl w/att aff & proposed order.

   185 -  1  12/09/04    [Re: DEF 3] Cy 9CCA Time Schedule Order. (184-1) cc: USA, H. Flesicher,
                         Judge Beistline, 9CCA (original), USM, PO,ECR

   186 -  1  12/09/04    [Re: DEF 2] PARTIAL Transcript re: Imposition of Sentence held 11/19/04.

   187 -  1  12/14/04    DEF 1 Unopposed motion to continue IOS on shortened time.

   188 -  1  12/14/04    {SEALED}

   189 -  1  12/16/04    [Re: DEF 1] RRB Order granting unopposed motion to continue IOS on
                         shortened time (187-1).  IOS set 12/21/04 is vacated and is continued
                         until 2/10/05 at 1:30 p.m. in Courtroom #3.  cc: AUSA, T. Wonnell, USM,
                         USPO

   190 -  1  12/16/04    {SEALED}

   191 -  1  12/21/04    DEF 3 Transcript Designation/Order Form re: notice of appeal (184-1)
                         w/att order form. cc:ecr

   192 -  1  01/05/05    {SEALED}

   192 -  2  01/06/05    {SEALED}

  NOTE - 13  01/13/05    Notation (re: Appeal): faxed CJA appt to 9CCA for DEF 3.

   193 -  1  01/13/05    [Re: DEF 3] Copy of Order from 9CCA (184-1).  Appellant's mot to proceed
                         in forma pauperis is Granted. Appellant's mot for appt of cnsl is
                         Granted.  H. Fleishcer is granted leave to w/d as appellant's retained
                         cnsl.  Clk to serve copy of this order on R. Curtner(FPD) who will
                         locate appointed cnsl.  Mr. Curtner may wish to appt Mr. Fleishcer who
                         is willing to represent appellant on appeal.  District Crt to notify by
                         fax when CJA cnsl has been appointed.  New cnsl to designate transcript
                         by 2/15/05.  Transcript is due 3/17/05, Opening brief and excerpts of
                         record are due 4/26/05; answering brief is due 5/26/05; optional reply
                         brief is due w/i 14 days after service of answering brief. Clerk to
                         serve a CJA form 24 and a certified copy of this order to Mr. Curtner
                         who shall provide them to newly appointed cnsl.  If appellant is seeking
                         transripts of proceedings requiring special authorization, that
                         authorization should be obtained fromt eh district ourt.  Upon filing
                         the transcripts the court reporter shall submit the CJA Form 24 to this
                         court for payment.  The Clerk shall amend the docket to reflect
                         appellant's pauper status.  The Clerk shall serve this order on former
                         counsel. cc:cnsl, R. Curtner (FPD), Judge Beistline

   194 -  1  01/13/05    [Re: DEF 3] CJA appointment of H. Fleischer.

   195 -  1  01/19/05    DEF 3 Unopposed motion to unseal sentencing transcript.


 ACRS: R_RDSDX            As of 12/01/05 at 2:54 PM by GARRY                       Page 11
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                          "USA V LIDIA LIDETH ORTIZ ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 196 - 1 | 01/20/05 | [Re: DEF 3] RRB Order granting unopposed motion to unseal sentencing transcript (195-1).  cc: AUSA, H. Fleischer, ECRS |
| 197 - 1 | 02/03/05 | DEF 1 Sentencing Memorandum. |
| 198 - 1 | 02/04/05 | {SEALED} |
| 199 - 1 | 02/04/05 | {SEALED} |
| 200 - 1 | 02/14/05 | {SEALED} |
| 201 - 1 | 02/14/05 | {SEALED} |
| 202 - 1 | 02/14/05 | {SEALED} |
| 203 - 1 | 02/14/05 | [Re: DEF 3] Transcript of PCOP Hearing (held 10/7/03)  re: notice of appeal (184-1) |
| 204 - 1 | 02/15/05 | [Re: DEF 3] cy 9CCA Certificate of Record. (184-1) cc: USA, H. Fleischer, Judge Beistline, 9CCA |
| 205 - 1 | 02/28/05 | {SEALED} |
| 206 - 1 | 03/01/05 | {SEALED} |
| 207 - 1 | 03/02/05 | [Re: DEF 2] 9CCA Final Order re: notice of appeal (179A-1) that the appellant's mot for voluntary dismissal of this appeal is Granted.  The Certified Cy of this order shall constitute the mandate. cc: USA, M. Rivera, Judge Beistline |
| 208 - 1 | 03/15/05 | USM Return of svc on judgment re: DEF 2 on 2/16/05 to MCA at 1450. |
| 209 - 1 | 03/15/05 | {SEALED} |
| 209 - 2 | 03/17/05 | {SEALED} |
| 210 - 1 | 03/22/05 | [Re: DEF 2] RRB Order granting motion for final decree of forfeiture (206-1).  cc: ASUA, M. Rivera, ATF w/AUSA cy |
| 211 - 1 | 05/09/05 | {SEALED} |
| 212 - 1 | 05/10/05 | {SEALED} |
| 213 - 1 | 05/10/05 | {SEALED} |
| 214 - 1 | 06/01/05 | DEF 1 motion under 28:2255 to vacate, set aside, or correct sentence. |
| 215 - 1 | 06/10/05 | [Re: DEF 1] RRB Order directing service and response; def Ortiz to file request for court appointed cnsl, or a notice to proceed w/out cnsl by 7/11/05.  Govt ans or response due by 8/10/05, unless Ortiz is appointed a lawyer.  Either party may request and evidentiary hrg w/in 30 days after the date the answer is filed.  This case is referred to Magistrate Judge Roberts under LMR 4(5).  Ortiz must folllow LR 10/1(b).  The clerk to send the 2255 mot at dkt 214 to the USA.  The clerk to send Ortiz USDCA 40, a notice of intent to proceed w/out counsel & pro se handbook. cc: AUSA w/cy dkt 214, Def w/USDCA 40, notice to proceesd w/out cnsl & pro se handbook, PSLC |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                             "USA V LIDIA LIDETH ORTIZ ET AL"
```

|                                                                 |
| --------------------------------------------------------------- |
| For all filing dates                                            |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 216 - 1 | 06/27/05 | DEF 1 motion application for appointment of counsel. |
| 217 - 1 | 06/30/05 | [Re: DEF 1] RRB Order granting motion application for appointment of counsel (216-1). Amended petition for habeas relief or a notice that no amended petiton will be filed is due by 7/29/05. Governments response due w/in 30 days after the date of service of the amended 2255 mot or notice. cc: AUSA, FPD (CJA Clerk) w/cy of petition & AO 243 form. |
| 218 - 1 | 07/06/05 | DEF 1 CJA 20 appointment of M. Ahearn. |
| 219 - 1 | 07/13/05 | DEF 1 Attorney Appearance of Meredith Ahearn. |
| 220 - 1 | 07/27/05 | DEF 1 motion for extension of time (30 days) to file motion to modify sentence. |
| 221 - 1 | 07/28/05 | [Re: DEF 1] JDR Order granting motion for extension of time (30 days) to file motion to modify sentence (220-1); def's amended 2255 due 8/29/05; govt's answer due 9/29/05. cc: USA, M. Ahearn |
| 222 - 1 | 08/04/05 | DEF 1 motion (ex parte) to release sealed documents. |
| 223 - 1 | 08/11/05 | {SEALED} |
| 224 - 1 | 08/29/05 | DEF 1 motion for ext of time to file mot to modify sentence. |
| 225 - 1 | 08/31/05 | [Re: DEF 1] JDR Order granting motion for ext of time to file mot to modify sentence (224-1); def's amended 2255 due 9/29/05; govt's answer due 10/31/05. cc: cnsl |
| 226 - 1 | 09/29/05 | DEF 1 motion to unseal court documents. |
| 227 - 1 | 09/29/05 | DEF 1 motion for extension of time until 10/13/05 to file a motion to modify sentence. |
| 228 - 1 | 09/30/05 | [Re: DEF 1] JDR Order granting motion to release sealed documents (222-1), motion to unseal court documents (226-1). cc: USA, M. Ahearn |
| 229 - 1 | 09/30/05 | [Re: DEF 1] JDR Order granting motion for extension of time until 10/13/05 to file amended 2255; govt's answer due 11/13/05 (227-1). cc: USA, M. Ahearn |
| 230 - 1 | 10/13/05 | DEF 1 motion for evidentiary hearing on 28:2255 petition w/att exh. |
| 231 - 1 | 10/14/05 | [Re: DEF 1] JDR Order granting motion for evidentiary hearing on 28:2255 petition (230-1); evident hrg set for 12/7/05 at 9:30 a.m. cc: USA, M. Ahearn, USM, USPO |
| 232 - 1 | 10/17/05 | [Re: DEF 3] 9CCA Judgment/Final Order re: notice of appeal (184-1) that the district court's decision is remanded. cc:USA, H. Fleischer, USM, PO, Judge Beistline |
| 233 - 1 | 10/18/05 | DEF 1 motion to transfer defendant to Anchorage for evidentiary hearing. |
| 234 - 1 | 10/20/05 | [Re: DEF 1] JDR Minute Order granting motion to transfer defendant to Anchorage for evidentiary hearing sched for 12/7/05 (233-1). cc: USA, M. Ahearn, USM, USPO |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0109--CR (RRB)
                              "USA V LIDIA LIDETH ORTIZ ET AL"

                                      For all filing dates


 Document #   Filed      Docket text

    235 - 1  10/20/05   DEF 1 motion for ext of time to 10/28 to file amended 28:2255 petition.

    236 - 1  10/21/05   [Re: DEF 1] JDR Order granting motion for ext of time to 10/28/05 to
                        file amended 28:2255 petition (235-1); govt;s response due 11/28/05. cc:
                        USA, M. Ahearn. cc: USA, M. Ahearn

    237 - 1  10/25/05   [Re: DEF 3] RRB Minute Order the parties shall submit briefing re D3's
                        30 month sentence by 11/18/05.  cc: AUSA, H. FLISCHER, 9CCA, Appeals
                        Clerk

    238 - 1  10/28/05   DEF 1 Supplemental memo in support of motion under 28:2255 to vacate,
                        set aside, or correct sentence (214-1).

    239 - 1  11/07/05   [Re: DEF 3] 9CCA Judgment re: notice of appeal (184-1) that the district
                        court's decision is REMANDED. cc: USA, H. Fleischer, Judge Beistline,
                        USM, PO

    240 - 1  11/14/05   DEF 2 motion to vacate, set aside, or correct sentence.

    241 - 1  11/16/05   [Re: DEF 2] RRB Order directing service and response.  M. Rivera must
                        fiel any request for court appointed cnsl by 12/16/05 or in the
                        alternative file a notice of intent to proceed w/out counsel & to
                        represent himself.  The USA will file an answer or response by 1/16/06,
                        unless M. Rivera is appointed counsel. Either party may make a motion
                        for an evidentiary hrg w/in 30 days after the USA files an answer. M.
                        Rivera must follow LR 10.1(b) and keep the court informed of his current
                        address.  This case is referred to MJ Roberts under LRM 4(5).  The clerk
                        shall sent USA a copy of dkt 240.  The clerk shall send M. Rivera form
                        USDCA 40, a notice of intent to proceed w/out cnsl and a pro se
                        handbook.  cc: USA w/cy dkt 240, M. Rivera w/USDCA 40, notice of intent
                        to proceed w/out cnsl and pro se handbook, MJ Roberts w/cy dkt 240,
                        PSLC.

    242 - 1  11/18/05   DEF 3 Memo in response to crt's MO of 10/25/05 re: re-sentencing.

    243 - 1  11/21/05   [Re: DEF 3] PLF 1 Supplemental Sentencing Memorandum.

    244 - 1  11/23/05   [Re: DEF 3] RRB Order reaffirming sentence previously imposed. cc: USA,
                        H. Fleischer, USM, USPO, MJ Roberts

    245 - 1  11/28/05   {SEALED}
```