HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Meredith A. Ahearn
Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 3: 16
PO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A03-109-CR (RRB) |
| ) | |
| LIDIA LIDETH ORTIZ, aka "Uly", ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO ACCEPT CD

Comes now the Defendant, Lidia Lideth Ortiz, by and through counsel, Hagans, Ahearn, & Webb and files with this court a copy of a CD which was ordered to be filed by this court at hearing on December 7, 2005 by Magistrate Judge John Roberts.

LAW OFFICES OF
HAGANS, AHEARN & WEBB
310 K STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5294
Fax (907) 276-8732

DATED at Anchorage, Alaska, this 28 day of December 2005.

HAGANS AHEARN & WEBB
Attorneys for Defendant

By: *M A Ahearn*
Meredith A. Ahearn
ABA No. 6903001

**CERTIFICATE OF SERVICE**

I certify that on the 28 day of December 2005, a copy of the foregoing document was served by mail on:

Joseph Bottini
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK 99513-7567

*Rebecca Beard*

Hagans, Ahearn & Webb
*6439*

FILED
DEC 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

**ORDER**

IT IS SO ORDERED.

Dated this 29 day of December, 2005.

_____
JOHN ROBERTS, Magistrate Judge

LAW OFFICES OF
HAGANS, AHEARN & WEBB
310 K STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5294
Fax (907) 276-8732

A03-0109--CR (RRB)  pm 12/30/05
-----------------------------
✓M. AHEARN (HAGANS)
✓J. BOTTINI (US ATTY)