HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Meredith A. Ahearn
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A03-109-CR (RRB) |
| ) | |
| LIDIA LIDETH ORTIZ, aka "Uly", ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING CD

Comes now the Defendant, Lidia Lideth Ortiz, by and through counsel, Hagans, Ahearn, & Webb and files with this court a copy of a CD which was ordered to be filed by this court at hearing on December 7, 2005 by Magistrate Judge John Roberts.

LAW OFFICES OF
HAGANS, AHEARN & WEBB
310 K STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5294
Fax (907) 276-8732

USA v. Ortiz, A03-109 CR (RRB)                                                Page 1 of 2
NOTICE OF FILING CD

DATED at Anchorage, Alaska, this __6__ day of January 2006.

           HAGANS AHEARN & WEBB
           Attorneys for Defendant

        By: */s/ M. A. Ahearn*
           Meredith A. Ahearn
           ABA No. 6903001

**CERTIFICATE OF SERVICE**

I certify that on the __6__ day of January 2006, a copy of the foregoing document was served by mail on:

Joseph Bottini
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

*/s/ M. A. Ahearn*
Hagans, Ahearn & Webb
6439

           **ORDER**

IT IS SO ORDERED.

Dated this ____ day of _____, 200__.

           _____
           JOHN ROBERTS, Magistrate Judge

LAW OFFICES OF
HAGANS, AHEARN & WEBB
310 K STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5294
Fax (907) 276-8732

USA v. Ortiz, A03-109 CR (RRB)
NOTICE OF FILING CD