DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIDIA LIDETH ORTIZ,<br><br>      Defendant. | ) No. 3:03-cr-109-RRB<br>)<br>) **MOTION TO UNSEAL**<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    COMES NOW the United States of America, by and through counsel and hereby moves for an order unsealing the judgment in the above-captioned case solely for the purpose of providing a certified copy of the judgement to the United States Bureau of Immigration and Customs Enforcement (ICE) in order to process the defendant for administrative removal proceedings.

    Lidia Ortiz was sentenced on February 10, 2005.  The judgment was placed under seal because Ms. Ortiz had cooperated against other defendants.  As a

result, she received a downward departure at sentencing in recognition of the substantial assistance which she had provided to the government. That adjustment is reflected in the judgement.

ICE has requested a certified copy of the judgment in order to begin removal proceedings against Ms. Ortiz; however, the judgement must first be ordered unsealed to accommodate that request. Thus, for the foregoing reasons the government requests that Ms. Ortiz's judgment be unsealed solely for the purpose of providing a certified copy to ICE for use in the administrative removal proceedings.

RESPECTFULLY SUBMITTED this  13th  day of April, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


 s/ Joseph W. Bottini
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

**Certificate of Service**

I declare under penalty of perjury that a true and correct
copy of the foregoing was sent to electronically to
Meredith Ahearn on April 12, 2006:

s/ Joseph w. Bottini
Office of the U.S. Attorney