IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:03-cr-109-RRB |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| LIDIA LIDETH ORTIZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY ORDERED that the Judgement in this case relating to defendant LIDIA LIDETH ORTIZ shall be unsealed solely for the purpose of providing a certified copy of the judgement to the United States in connection with administrative removal proceedings involving the defendant. The judgement shall remain under seal for all other purposes.

IT IS SO ORDERED.

DATED this \_1\_ day of May, 2006, at Anchorage, Alaska.

UNITED STATES DISTRICT JUDGE